**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LEON ERNIE JORDAN** | **CASE NO.  3:26-CV-00090 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 12], the written and filed objections of Plaintiff, Leon Ernie Jordan [Doc. No. 15], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff Leon Ernie Jordan's claims [Doc. Nos. 5, 11] are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 5th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE